United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA DUNN, et al.,
    Plaintiffs,

v.

FERRARI S.P.A., et al.,
    Defendants.

Case No. 14-cv-04102-JD

**AMENDED SCHEDULING ORDER**

As was requested by the parties and approved by the Court, Dkt. Nos. 26, 27, the Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. These deadlines apply to Case Nos. 14-cv-4102 and 14-cv-4126, which were previously related and consolidated. Dkt. No. 24.

| **Event** | **Deadline** |
| --- | --- |
| Fact discovery cut-off | 12/31/15 |
| Expert disclosures | 1/18/16 |
| Rebuttal expert disclosures | 2/1/16 |
| Expert discovery cut-off | 3/7/16 |
| Last day to file dispositive motions | 3/9/16 |
| Pretrial conference | 5/18/16 at 3 p.m. |
| Trial | 6/6/16 at 9 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and

1  scheduling conflicts that are created subsequent to the date of this order by any party, counsel or
2  party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions
3  may issue for a failure to obey a scheduling or other pretrial order.  *See* Fed. R. Civ. P.
4  16(f)(1)(C).

5  **IT IS SO ORDERED.**

6  Dated:  May 28, 2015

7  _____
8  JAMES DONATO
   United States District Judge

2